IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| United States, *ex rel.* CHRISTINA BORTON, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, and THE STATE OF NORTH CAROLINA<br><br>Plaintiff,<br><br>v.<br><br>CAPE FEAR REGIONAL UROLOGICAL CLINIC, P.A., a North Carolina Professional Association, and GARRETT M. FRANZONI, M.D.,<br><br>Defendants. | Case No.: 5:13-CV-788-BO |

## ORDER TO SEAL

It is hereby ORDERED that this case, including the Complaint, motions, orders, and related filings shall be filed *in camera* and under seal for at least 60 days pursuant to 31 U.S.C. §3730(b), and that no pleadings be served upon the defendant until further order of this Court. After the 60 day period, the case shall remain under seal, and no pleadings be served until the Court so orders subject to any motion filed by the United States to extend the intervention and evaluation period.

Entered on this the __19__ day of __November__, 2013.

_____
UNITED STATES DISTRICT JUDGE